# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SNYDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:090CV451** |
| vs. | ) | |
| | ) | **ORDER** |
| **DOLLAR GENERAL, a/k/a** | ) | |
| **DOLGENCORP, INC.,** | ) | |
| A Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

The court has reviewed the Report of Parties' Planning Conference (Doc. 13) in which counsel request that the court delay entering an initial progression order for 45 days to facilitate immediate negotiations or mediation.

**IT IS ORDERED** that the parties' request is granted, and the court will delay entering an initial progression order for 45 days, to facilitate immediate negotiations or mediation. Defense counsel shall electronically file a status report no later than **April 9, 2010**, regarding the progress of settlement discussions.

**DATED February 23, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**