IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL SNYDER, | ) | Case No. 8:09CV451 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DOLLAR GENERAL, a/k/a | ) | |
| DOLGENCORP, INC., A Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Amanda DonCarlos, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **May 12, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 12th day of April 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge