## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL SNYDER** | ) | **CASE NO. 8:09CV451** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **DOLLAR GENERAL, a/k/a** | ) | |
| **DOLGENCORP, INC., a corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 21). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 21) is approved;

2. All claims asserted by Plaintiff Michael Snyder against Defendant Dollar General a/k/a Dolgencorp, Inc., are dismissed with prejudice; and

3. Each party will pay its own costs and attorney fees.

DATED this 12th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge